**Order filed, January 8, 2020.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-19-00963-CV
_____

**JASON KOWNSLAR, Appellant**

**V.**

**THE CITY OF HOUSTON, Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2017-18307A**

---

### ORDER

The reporter's record in this case was due January 7, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Pam Coder, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.